UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100

RECEIVED
BY MAIL
JAN 15 2002
CLERK US DIST COURT
ST. PAUL, MN

# PETITION FOR ADMISSION *PRO HAC VICE*

Case Number: 01-2312 PAM/RLE Case Title: Peter Black and Chester Swanberg v. BNSF

## AFFIDAVIT OF MOVANT

I, Mark J. Fellman, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit *pro hac vice* John D. Roven, an attorney admitted to practice in the Southern District of Texas, but not admitted to the bar of this court, who will be counsel for the plaintiffs Peter Black et al. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

| | | |
|---|---|---|
| *Signature* Mark J. Fellman | 28782 *MN Attorney Lic. No.* | December 27, 2001 *Date* |

## AFFIDAVIT OF PROPOSED ADMITTEE

I, John D. Roven, am currently a member in good standing of the U.S. District Court for the Southern District of Texas, but not admitted to the bar of this court. I understand that if this Court grants me admission *pro hac vice*, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| | | |
|---|---|---|
| John D. Roven *Type/Print Name* | *Signature* | 1/3/02 *Date* |

ATTORNEY LICENSE

Number: Texas # 17327900

Law Firm Name & Address: ROVEN, KAPLAN & WELLS, P.C.
2190 North Loop West, Suite 410
Houston, TX 77018
Telephone: (713) 465-8522

MOTION GRANTED:
For the Court: Richard D. Sletten, Clerk

JAN 15 2002
Date

NOTE: The original of this form and the *Pro Hac Vice* admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK