IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) : CIVIL ACTION NO. MDL 875

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CHESTER SWANBERG,

Plaintiff,

vs.

THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, (Individually and as Successor -in-Interest to the Northern Pacific Railway Co., Burlington Northern Inc., Burlington Northern Railroad Company),

Defendant.

CIVIL ACTION NO. 01-2150 DSD/JMM

**STIPULATION, MOTION AND ORDER OF DISMISSAL**

WHEREAS, the above-entitled action has been fully settled on its merits out of court as between Chester Swanberg only and The Burlington Northern & Santa Fe Railway Company to the satisfaction of said parties;

NOW, THEREFORE, it is hereby stipulated by and between said parties, by and through their respective attorneys of record, that the above-entitled action may be upon order of the court dismissed as to these Plaintiffs only, with prejudice and without costs or attorneys' fees to any party, and the parties so move the court.

DATED this 27th day of July, 2004.

SCANNED
AUG 24 2004
U.S. DISTRICT COURT ST. PAUL

BRASHER LAW FIRM, L.C

William A. Brasher, MBE #30155
One Metropolitan Square
211 North Broadway
Suite 2300
St. Louis, MO 63102

John D. Roven, Esq.
Roven, Kaplan & Wells, LLP
2190 North Loop West, Suite 410
Houston, TX 77018

**ORDER OF DISMISSAL**

This matter having come before the court pursuant to the foregoing stipulation and motion of the parties for an order of dismissal as to these Plaintiffs only, the above-entitled action having been fully settled on its merits out of court to the satisfaction of the parties, and the court being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that the above-entitled action be and it hereby is dismissed with prejudice and without costs or attorneys' fees to any party.

DATED this 3rd day of August, 2004.

District Court Judge
Charles R. Weiner

Presented by:

Attorney for Defendant

Attorney for Plaintiff

RECEIVED
BY MAIL
AUG 23 2004
CLERK, US DIST. COURT
ST. PAUL, MN

Clerk, U.S. District Court
District of Minnesota
Richard D. Sletten, Clerk
700 Federal Building
316 North Robert Street
St. Paul, MN 55101

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875

Dear Clerk:

Enclosed are executed order(s) concerning the referenced litigation. Our Clerk's office is not maintaining the court records on the involved 90,000 actions. We are forwarding these orders to your office for summary entry on the individual dockets and distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7017.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

Nicole Picariello
MDL Coordinator

Enclosure