IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | : : | CIVIL ACTION NO. MDL 875 |

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| CHESTER SWANBERG, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 01-2312 |
| THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, (Individually and as Successor -in-Interest to the Northern Pacific Railway Co., Burlington Northern Inc., Burlington Northern Railroad Company), | ) | CIVIL ACTION NO. 01-~~2150 DSD/JMM~~ |
| | ) | **STIPULATION, MOTION AND ORDER OF DISMISSAL** |
| Defendant. | ) | |

WHEREAS, the above-entitled action has been fully settled on its merits out of court as between Chester Swanberg only and The Burlington Northern & Santa Fe Railway Company to the satisfaction of said parties;

NOW, THEREFORE, it is hereby stipulated by and between said parties, by and through their respective attorneys of record, that the above-entitled action may be upon order of the court dismissed as to these Plaintiffs only, with prejudice and without costs or attorneys' fees to any party, and the parties so move the court.

DATED this 27th day of July, 2004.

SCANNED
AUG 2 6 2004
U.S. DISTRICT COURT ST. PAUL

BRASHER LAW FIRM, L.C.

William A. Brasher, MBE #30155
One Metropolitan Square
211 North Broadway
Suite 2300
St. Louis, MO 63102

John D. Roven, Esq.
Roven, Kaplan & Wells, LLP
2190 North Loop West, Suite 410
Houston, TX 77018

**ORDER OF DISMISSAL**

This matter having come before the court pursuant to the foregoing stipulation and motion of the parties for an order of dismissal as to these Plaintiffs only, the above-entitled action having been fully settled on its merits out of court to the satisfaction of the parties, and the court being otherwise fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED that the above-entitled action be and it hereby is dismissed with prejudice and without costs or attorneys' fees to any party.

DATED this 3rd day of August, 2004.

District Court Judge

Presented by:

Attorney for Defendant

Attorney for Plaintiff

# BRASHER LAW FIRM, L.C.

WILLIAM A. BRASHER *
THOMAS J. PREBIL *
RICHARD F. NASH *
PAUL R. FERBER
PATRICIA D. BRASHER
JOHN H. MARSHALL *
PAUL E. LITTLETON
CYNTHIA A. MASTERSON *

*LICENSED IN MISSOURI AND ILLINOIS
**LICENSED IN ILLINOIS AND WASH. D.C.

SUITE 2300
ONE METROPOLITAN SQUARE
211 NORTH BROADWAY
SAINT LOUIS, MISSOURI 63102
TELEPHONE (314) 621-7700
FAX (314) 621-1088
FAX (314) 768-7010
FIRM E-MAIL: brasher@brasherlaw.com
SENDER E-MAIL: wbrasher@brasherlaw.com

THOMAS P. McDERMOTT
TOM L. BELL *
JAMES A. BAX *
RALPH G. GODSY, JR. *
LINDA R. SELF *
ZORA MANJENCICH
ERIC J. SCHWALB **

OF COUNSEL
RICHARD L. DALY


July 27, 2004

RECEIVED
AUG 10 2004

RECEIVED
BY MAIL
AUG 25 2004
CLERK US DIST COURT
MINNEAPOLIS MN

The Honorable Charles R. Weiner
U.S. District Court
Eastern Division
6613 U.S. Courthouse
601 N. Market Street
Philadelphia, PA 19106

**RE: Chester Swanberg v. The Burlington Northern and Santa Fe Railway Company**
**Cause No. ~~01-2150 DSD/JMM~~** 01-CV-2312 CRW

Dear Judge Weiner:

Enclosed is an original Joint Stipulation for Dismissal for filing with the Court, along with a proposed Order for your consideration. If the Stipulation meets with your approval, please execute the Order. We would appreciate your file-stamping the enclosed copies and returning three copies to us in the enclosed, self-addressed, stamped envelope. The remaining file-stamped copy should be mailed to the District Court of Minnesota in the enclosed, self-addressed, stamped envelope.

Thank you for your attention to this matter.

Very truly yours,

William A. Brasher

WAB/lmb
Enclosure

BRASHER LAW FIRM, L.C.
SUITE 2300
ONE METROPOLITAN SQUARE
211 NORTH BROADWAY
SAINT LOUIS, MISSOURI 63102

Clerk of the Court
United States District Court
Of Minnesota
300 S. 4th Street
Minneapolis, MN 55415

55415+1320 96