UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

PETER BLACK and CHESTER SWANBERG,

Plaintiffs,

vs.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation, as Successor-in-Interest to The Great Northern Railroad Co.,

Defendant.

CIVIL ACTION NO. 01-2312 PAM/RLE

**STIPULATION OF DIMISSAL WITH PREJUDICE AND ORDER**

---

In accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the undersigned parties stipulate that all remaining claims may be, and hereby are dismissed with prejudice and without costs or disbursements to any party; and any party hereto may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 10/18, 2007.

By [signature]
Mark J. Fellman, #28782
213 East Fourth Street
Suite 200
St. Paul, MN 55101
(651) 225-5600

SCANNED
NOV 20 2007
U.S. DISTRICT COURT MPLS

John D. Roven (Texas ID No. 17327900)
JOHN ROVEN & ASSOCIATES, P.C.
2190 North Loop West, Suite 410
Houston, TX 77018
(713) 465-8522

*Attorneys for Plaintiffs*

Dated: 10/17, 2007.

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By ______________________
Timothy K. Masterson, #203294
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 292-3346

*Attorneys for Defendant*

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED and adjudged that all remaining claims of plaintiffs against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED:

10/31/2007

BY THE COURT

James Giles J.

JAMES T. GILES
JUDGE OF U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

s:\asbestos\bnsf misc\stipdisblack.doc\tw